

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-19-00093-CV

**IN THE INTEREST OF D.B.B.**, C.L.B., and D.L.B., Children

From the 131st Judicial District Court, Bexar County, Texas
Trial Court No. 2017PA00420
Honorable Linda A. Rodriguez, Judge Presiding

BEFORE JUSTICE ALVAREZ, JUSTICE CHAPA, AND JUSTICE RODRIGUEZ

In accordance with this court's opinion of this date, the trial court's order is AFFIRMED. Appellants are unable to afford payment of court costs; no costs are taxed in this appeal.

SIGNED June 5, 2019.

_____
Patricia O. Alvarez, Justice